VALKYRIE LAW GROUP, P.C.
HEATHER L. BLAISE, ESQ. (SBN 261619)
1 N. State Street, Suite 1500
Chicago, IL 60602
Telephone: 312-448-6602
Email: hblaise@valklaw.com

Attorneys for Plaintiff,
GABRIELE GALIMBERTI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE GALIMBERTI, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>AUBREY DRAKE GRAHAM P/K/A DRAKE, an individual, FROZEN MOMENTS, LLC, a Florida limited liability company, OVO SOUND, an Ontario company, REPUBLIC RECORDS, a New York company, UNIVERSAL MUSIC GROUP, a Netherlands corporation, and DOES 1-10,<br><br>          Defendants. | Case No.: 2:25-cv-10831-GW (PDx)<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br><br>Action Filed:   November 12, 2025 |

**PLEASE TAKE NOTICE:**

Pursuant to Federal Rules of Civil Procedure Section 41(a)(1)(A)(i), Plaintiff Gabriele Galimberti ("Plaintiff"), hereby dismisses the action in its entirety, with prejudice. Plaintiff will be responsible for his own fees and costs in connection with the action.

Dated: January 8, 2026                **VALKYRIE LAW GROUP, P.C.**

By: */s/ Heather L. Blaise*
Heather L. Blaise
Attorneys for Plaintiff
GABRIELE GALIMBERTI